IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-34006 |
| Christopher Lance Roberts | § | Chapter 13 |
| Jordan Gabrielle Greene | § | |
| | § | Judge Karen K. Brown |

**DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING**
(Related to Doc. No. 31)

COMES NOW, Christopher Lance Roberts and Jordan Gabrielle Greene and hereby file this Response to the Trustee's Motion to Dismiss and will respectfully show as follows:

1. On August 10, 2016, the debtors filed for Chapter 13 Bankruptcy relief.

2. The debtors have amended their Chapter 13 plan to provide for the priority and secured proof of claims as filed.

3. Debtors' amended chapter 13 plan is proposing to pay $35,565.12 to the general unsecured creditors. The bar date to file proof of claims has now passed and general unsecured proof of claims filed total $34,893.69.

4. Both of debtors' vehicles are included in the Chapter 13 plan: a) Santander with a 910 claim being paid in full,[1] and b) Ford being paid as a cramdown in accordance to their POC. (Ford's general unsecured portion from cramdown is $27,354.56.)

5. Debtors own a second piece of real estate valued at $87,700.00 and encumbered by a mortgage with Ditech Financial of $66,751.00. The mortgage pays $678.68 per month, including property taxes.

---

[1] Ford has not objected to confirmation of the Plan as originally proposed paying $24,433.45 to the unsecured creditors.

6. The property is currently occupied by Debtor's disabled mother and her care giver. The debtors do not receive any rent payment from the disabled mother, but they do not contributed to her needs any further. In other words, the debtors' "cost" of taking care of this disabled parent is $678.68.

7. Debtors would argue that any other form of assisted living or housing arrangement for Debtor's mother would cost debtor's household much more.

8. Joint Debtor's mother is a widow and lives with the debtors in the debtor's homestead. Joint Debtor's mother has dementia and can not be left alone for extended periods of time. By having Joint Debtor's mother living in the debtors' homestead, the debtors are saving money in care for this elder.

9. Joint Debtor's mother also contributes $1,000.00 per month to the household.

10. Debtors can not have both elders living in their homestead.

11. Debtors respectfully submit that the carry cost of the second property is reasonable under the specified circumstances.

12. Debtors recognize they can not fund a 100% plan, but respectfully request the Court approves the Chapter 13 plan as amended considering the special circumstances as described above.

WHEREFORE, ALL PREMISES CONSIDERED, the Debtors respectfully Request the Trustee's Motion to Dismiss be denied and the Chapter 13 case be confirmed and for such further relief in law or in equity the Debtors may be entitled to.

Dated: January 12, 2017         */s/ Yvette V. Recio*
                                Yvette V. Recio
                                Counsel to Debtor
                                SBTX No. 00797805
                                Fed. I d No.574940
                                26310 Oak Ridge Dr., Suite 4
                                The Woodlands, Texas 77380
                                Tel.713-492-7978
`                               E-mail: yvettevrecio@woodlandsbankruptcy.com

                    Certificate of Service

I hereby certify that a true and correct copy of Debtors' Response to TMTD was mailed first class mail proper postage affixed and/or delivered via the Court's ECF system to the addresses listed below on this 12th day of January, 2017.

                                */s/ Yvette V. Recio*
                                Yvette V. Recio


**Ditech Financial LLC**
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254

**LynAlise Katherine Tannery**
Buckley Madole PC
14841 Dallas Pkwy
Ste 425
Dallas, TX 75254
lynalise.tannery@buckleymadole.com

**Ford Motor Credit Company LLC**
**R Christopher Naylor**
Devlin Naylor and Turbyfill
5120 Woodway
Ste 9000
Houston, TX 77056-1725
kimg@dntlaw.com

**Christopher Lance Roberts**
**Jordan Gabrielle Greene**
30306 Emerson Creek Dr.
Spring, TX 77386

**William E. Heitkamp**
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024
heitkamp@ch13hou.com

**Property Owners Association of Legends Ranch**
Roberts Markel Weinberg Butler Hailey PC
c/o Clinton F. Brown
2800 Post Oak Blvd., Suite 5777
Houston, TX 77056
bankruptcy@rmwbhlaw.com
c/o **Clinton F. Brown**
cbrown@rmwbhlaw.com

**Quicken Loans Inc.**
**Alonzo Z Casas**
Aldridge Pite LLP
4375 Jutland Dr
San Diego, CA 92117
ecftxsb@aldridgepite.com

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue
Suite 1120
Miami, FL 33131
laims@recoverycorp.com

**Santander Consumer USA, Inc. dba Chrysler Capital**
1027 Ninth Street
New Orleans, LA 70115
beverly@sundmakerfirm.com

**Beverly Cahill Rice**
The Sundmaker Firm
3131 McKinney Avenue, Suite 600
Dallas, TX 75204
beverly@sundmakerfirm.com