

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No: |
| Christopher Lance Roberts | § | |
| Jordan Gabrielle Greene | § | 16-34006-H5-13 |
| | § | |
| DEBTORS | § | CHAPTER 13 |
| | § | |

ENTERED
01/18/2017

## ORDER CONFIRMING CHAPTER 13 PLAN

At Houston, Texas, on this date, the Court considered the issue of confirmation of the Chapter 13 Plan filed by the debtors on Thursday, January 12, 2017, at Docket #42, in the above captioned cause. The Trustee and the Debtor have represented that proper notice of the plan, and the deadline for filing objections to the plan have been given and that no objections to the confirmation of the plan considered have been filed. Accordingly, the Court does hereby APPROVE and CONFIRM the Chapter 13 Plan filed 1/12/2017, at docket # 42. The Trustee is hereby authorized to disburse funds in accordance with the provisions of the plan.

DATED: JAN 17 2017

_____
UNITED STATES BANKRUPTCY JUDGE