

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/27/2017

| | | |
|---|---|---|
| In re: | § | Case No. 16-34006 |
| | § | Chapter 13 |
| CHRISTOPHER LANCE ROBERTS | | |
| JORDAN GABRIELLE GREENE | | |

#27

## AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION OF THE PLAN

**CAME BEFORE THE COURT** to be considered the objection of secured creditor Santander Consumer USA, Inc. dba Chrysler Capital ("Santander") to the Chapter 13 Plan as it pertains to a certain 2015 Dodge Ram 1500, Vehicle Identification Number 1C6RR6MT8FS530709, and announced to the Court that an agreement had been reached resolving Santander's objection and the Court finds that the following should be approved.

**IT IS ORDERED, ADJUDGED AND AGREED** that Debtors shall ensure that their confirmed Chapter 13 Plan and any modifications or amendments thereto shall provide for Santander's secured claim on the following terms:

1. Secured Claim Amount to Be Paid:   $61,826.64

2. Rate of Interest:   5.25%

3. Equal Payments to Begin in Month:   1

**IT IS FURTHER ORDERED, ADJUDGED AND AGREED** that the Debtors shall maintain in full force and effect insurance on the 2015 Dodge Ram 1500, Vehicle Identification Number 1C6RR6MT8FS530709 ("Vehicle"), and as required by the Contract, naming Santander as the loss payee.

Signed:   January 27, 2017

_____
Karen K. Brown
United States Bankruptcy Judge

AGREED AND ENTRY REQUESTED:

By /s/ *Beverly Cahill*  
Beverly Cahill  
THE SUNDMAKER FIRM, LLC  
State Bar No.: 24031785  
3131 McKinney Avenue, Suite 600  
Dallas, TX 75204  
Telephone: (972) 869-9026  
Fax: (504) 568-0518  
ATTORNEYS FOR CREDITOR

By /s/*Yvette V Recio*  
Yvette V Recio  
ATTORNEY AT LAW  
26310 Oak Ridge Dr., Suite #4  
The Woodlands, TX 77380  
Telephone: (713) 492-7978  
ATTORNEYS FOR DEBTORS