IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                                    CHAPTER 13
Christopher Lance Roberts               CASE NO.  16-34006-H5-13
Jordan Gabrielle Greene

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

**WILLIAM E. HEITKAMP, CHAPTER 13 TRUSTEE, HEREBY GIVES NOTICE TO ALL PARTIES IN INTEREST OF THE FOLLOWING MATTERS:**

1. THE DEADLINE ESTABLISHED BY THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR FILING CLAIMS IN THE ABOVE CAPTIONED MATTER HAS EXPIRED.

2. THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS ESTABLISHED BY BANKRUPTCY LOCAL RULE 3021(C) HAS EXPIRED.

3. THE FOLLOWING SCHEDULE IS A COMPLETE LISTING OF THE CREDITORS THAT HAVE EITHER BEEN INCLUDED ON THE SCHEDULES FILED BY THE DEBTOR, OR WHO HAVE ACTUALLY FILED CLAIMS IN THE ABOVE CAPTIONED CAUSE.

4. THE TRUSTEE WILL DISBURSE FUNDS RECEIVED FROM THE DEBTOR ONLY TO CREDITORS THAT HAVE FILED CLAIMS.

5. THE AMOUNT AND CLASSIFICATION OF A CREDITOR'S CLAIM IS REFLECTED ON THE FOLLOWING SCHEDULE.

6. THE PROVISIONS OF THE DEBTOR'S CONFIRMED CHAPTER 13 PLAN, AND BANKRUPTCY LOCAL RULE 3015, AFFECT THE DISTRIBUTION OF FUNDS BY THE TRUSTEE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Alliance One<br>4850 Street Rd., Ste. 300<br>Trevose, PA  19053 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 7556<br>COMM:  CAPITAL ONE BANK |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| AMERICAN EXPRESS CENTURION BANK<br>BUCKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | 3,580.74 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1005<br>COMM: |
| AMEX<br>CORRESPONDENCE<br>P O BOX 981540<br>EL PASO, TX  79998 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 8003<br>COMM: |
| BARCLAYS BANK<br>P O BOX 8801<br>WILMINTON, DE  19899 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 3920<br>COMM: |
| BARCLAYS BANK<br>P O BOX 8801<br>WILMINTON, DE  19899 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 1613<br>COMM: |
| CAPITAL ONE BANK USA<br>% AMERICAN INFOSOURCE<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | 2,235.93 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 1338<br>COMM: |
| CAPITAL ONE BANK USA<br>% AMERICAN INFOSOURCE<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | 680.75 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 0525<br>COMM: |
| CAPITAL ONE BANK USA<br>% AMERICAN INFOSOURCE<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | 1,245.12 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2496<br>COMM:  CAPITAL ONE BANK USA NA |
| CAPITAL ONE NA<br>% BECKET AND LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | 518.30 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2375<br>COMM:  KOHLS |
| CAPITAL ONE<br>P O BOX 30285<br>P O BOX 62180<br>SALT LAKE CITY, UT  84130 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 2496<br>COMM: ALLIANCE ONE |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| CAVALRY SPV I, LLC<br>P O BOX 27288<br>TEMPE, AZ  85282 | 1,585.60 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 5905<br>COMM:  SYNCHRONY BANK / ROOMS TO GO |
| CAVALRY SPV I, LLC<br>P O BOX 27288<br>TEMPE, AZ  85282 | 715.87 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7133<br>COMM:  SYNCHRONY BANK / CONN'S |
| CAVALRY SPV I, LLC<br>P O BOX 27288<br>TEMPE, AZ  85282 | 1,373.88 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6550<br>COMM:  SYNCHRONY BANK / SUMMIT RACING |
| CHASE CARD SERVICES<br>P O BOX 15298<br>WILMINGTON, DE  19850 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 1789<br>COMM: |
| COMPASS BANK<br>P O BOX 10566<br>BIRMINGHAM, AL  35296 | 1,674.86 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4311<br>COMM: |
| CREDIT FIRST N.A.****<br>P O BOX 818011 (BK-13)<br>CLEVELAND, OH  44181-8011 | 794.34 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6200<br>COMM:  BRIDGESTONE FIRESTONE |
| DEPARTMENT STORE NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>P O BOX 657<br>KIRKLAND, WA  98083 | 387.38 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 3950<br>COMM:  MACYS |
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC<br>P O BOX 0049<br>PALATINE, IL  60055-0049 | 67,468.02 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 8524<br>COMM:  5734 MEADOW CREEK LANE |
| DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC<br>P O BOX 0049<br>PALATINE, IL  60055-0049 | 2,847.66 | Mortgage Arrears - NEW<br><br>LAST 4 DIGITS OF ACCT #: 8524<br>COMM:  ESCROW ARRS |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD  57104 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 6320<br>COMM: |
| FORD MOTOR CREDIT COMPANY***<br>P O BOX 55000<br>DRAWER 55-953  CHAPTER 13<br>DETROIT, MI  48255-0953 | 24,175.00 | MOTOR VEHICLE (POST 10/17/05)<br><br>LAST 4 DIGITS OF ACCT #: 2179<br>COMM:  2013 FORD FLEX |
| FORD MOTOR CREDIT COMPANY***<br>P O BOX 55000<br>DRAWER 55-953  CHAPTER 13<br>DETROIT, MI  48255-0953 | 27,354.56 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2179<br>COMM:  Split Claim |
| I C SYSTEM<br>444 HIGHWAY 96 EAST<br>BOX 64378<br>ST PAUL, MN  55164-0378 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 5001<br>COMM:  SETON DELL CHILDREN S |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| KOHLS/CAPITAL ONE<br>P O BOX 3120<br>MILWAUKEE, WI  53201 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 2375<br>COMM:  MERCHANTS & MEDICAL<br>NORTHLAND GROUP |
| LENDING CLUB CORP<br>71 STEVENSON SUITE 300<br>SAN FRANCISCO, CA  94105 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 6483<br>COMM: |
| LVNV FUNDING LLC ***<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | 1,555.21 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2238<br>COMM:  CREDIT ONE |
| LVNV FUNDING LLC ITS SUCCESSORS & ASSIGNS<br>AS ASSIGNEE OF CITIBANK N.A<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 6557<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| LVNV FUNDING LLC ITS SUCCESSORS & ASSIGNS<br>AS ASSIGNEE OF CITIBANK N.A<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | 5,740.00 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6857<br>COMM: |
| MCCARTHY BURGESS & WOLFF<br>26000 CANNON RD<br>CLEVELAND, OH  44146 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 2133<br>COMM:  CREDIT FIRST BRIDGESTONE |
| MERCHANTS & MEDICAL CREDIT CORP<br>6324 TAYLOR DRIVE<br>FLINT, MI  48507 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 2578<br>COMM:  CAPITAL ONE KOHLS |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | 979.47 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7088<br>COMM: |
| MIDLAND FUNDING LLC<br>MINDLAND CREDIT MANGEMENT INC AS AGENT FOR<br>MIDLAND FUNDING LLC<br>P O BOX 2011<br>WARREN, MI  48090 | 688.32 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4502<br>COMM:  SYNCHRONY BANK |
| MIDLAND FUNDING<br>2365 NORTHSIDE DR<br>STE 300<br>SAN DIEDO, CA  92108 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 1984<br>COMM: GE MONEY BANK |
| MILLENNIUM FINANCIAL GROUP<br>3000 UNITED FOUNDERS BLVD #219<br>OKLAHOMA CITY, OK  73112 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 5916<br>COMM:  HSBC BEST BUY CO BRAND |
| NAVIENT<br>ATTN: CLAIMS DEPT<br>P O BOX 9500<br>WILKES-BARR, PA  18773 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 1005<br>COMM: |
| NAVIENT<br>ATTN: CLAIMS DEPT<br>P O BOX 9500<br>WILKES-BARR, PA  18773 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0626<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| PINNICALE CREDIT SERVICES<br>P O BOX 640<br>HOPKINS, MN  55343 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 6321<br>COMM:  VERIZON WIRELESS |
| POA OF LEGEND'S RANCH<br>% REALMANAGE<br>P O BOX 803555<br>DALLAS, TX  75380 | 1,359.75 | SECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 3175<br>COMM:  30306 EMERSON CREEK DR |
| PORTFOLIO RECOVERY ASSOCIATES<br>120 CORPORATE BLVD<br>NORFOLK, VA  23502 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0203<br>COMM:  CAPITAL ONE BANK |
| PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 41067<br>NORFOLK, VA  23541 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 3672<br>COMM:  CAPITAL ONE BANK USA NA |
| QUICKEN LOANS INC<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | 120,006.20 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 5599<br>COMM:  HOMESTEAD |
| QUICKEN LOANS INC<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | 600.00 | TO BE PAID OUTSIDE THE PLAN<br>PAID OUTSIDE<br>LAST 4 DIGITS OF ACCT #: 5599<br>COMM:  Ntc of ppf - (doc #55) |
| QUICKEN LOANS INC<br>635 WOODWARD AVE<br>DETROIT, MI  48226 | 624.38 | Mortgage Arrears - NEW<br><br>LAST 4 DIGITS OF ACCT #: 5599<br>COMM:  ESCROW ARRS |
| RECIO, YVETTE V<br>% WOODLANDS BANKRUPTCY PC<br>26310 OAK RIDGE DR - SUITE 4<br>THE WOODLANDS, TX  77380 | 1,825.00 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM:  Original Attorney Fees |
| RMWBH<br>C/O CLINTON F BROWN<br>2800 POST OAK BLVD STE 5777<br>HOUSTON, TX  77056 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0074<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SANTANDER CONSUMER USA INC<br>dba CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | 61,826.64 | MOTOR VEHICLE (POST 10/17/05)<br><br>LAST 4 DIGITS OF ACCT #: 4109<br>COMM:  2015 DODGE RAM-910 day |
| SUNRISE CREDIT SERVICES INC<br>P O BOX 9100<br>FARMINGDALE, NY  11735 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 1704<br>COMM:  AT&T UVERSE |
| SYNCHRONY BANK/AMAZON<br>P O BOX 965064<br>ORLANDO, FL  32896 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 5557<br>COMM: |
| SYNCHRONY BANK/AMAZON<br>P O BOX 965064<br>ORLANDO, FL  32896 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0786<br>COMM: |
| SYNCHRONY BANK/GAP<br>P O BOX 965064<br>ORLANDO, FL  32896 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 4378<br>COMM: |
| SYNCHRONY BANK/LOWES<br>P O BOX 965064<br>ORLANDO, FL  32896 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 1558<br>COMM: |
| SYNCHRONY BANK/PAYPAL CR<br>P O BOX 965064<br>ORLANDO, FL  32896 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 4502<br>COMM:  EGS FINANCIAL CARE INC |
| TEXAS CHILDREN'S PEDIATRIC ASS<br>P O BOX 841969<br>DALLAS, TX  75284-1969 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 9545<br>COMM: |
| TEXAS CHILDRENS URGENT CARE<br>P O BOX 847116<br>DALLAS, TX  75284 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 6857<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TRANSWORLD SYSTEMS<br>507 PRUDENTIAL RD<br>HORSHAM, PA  19044 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 2842<br>COMM:  WHITE KNIGHT PEST CONTROL |
| USA FUNDS - MC E2148<br>P O BOX 6180<br>Attn: Deposit Operations<br>INDIANAPOLIS, IN  46206-6180 | 7,023.09 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6200<br>COMM: |
| USA FUNDS - MC E2148<br>P O BOX 6180<br>Attn: Deposit Operations<br>INDIANAPOLIS, IN  46206-6180 | 1,650.88 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6200<br>COMM: |
| USA FUNDS - MC E2148<br>P O BOX 6180<br>Attn: Deposit Operations<br>INDIANAPOLIS, IN  46206-6180 | 1,236.46 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6200<br>COMM: |
| USAA FEDERAL SAVINGS<br>P O BOX 47504<br>SAN ANTONIO, TX  78265 | 0.00 | UNSECURED CLAIM<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 6778<br>COMM: |
| VISA DEPT STORES<br>ATTN BANKRUPTCY<br>P O BOX 8053<br>MASON, OH  45040 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 3950<br>COMM:  UNITED COLLECTION BUREAU INC |
| WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | 1,227.49 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4296<br>COMM: |
| WHITE KNIGHT PEST CONTROL<br>1900 FM 967, STE A<br>BUDA, TX  78610 | 0.00 | PARTY REQUESTING NOTICE<br>NO CHECK<br>LAST 4 DIGITS OF ACCT #: 0418<br>COMM:  TRANSWORLD SYSTEMS INC |
| TOTAL: | $342,980.90 | |

THE FOREGOING SCHEDULE OF CLAIMS HAS BEEN COMPILED BY THE TRUSTEE FROM THE OFFICIAL CLAIMS REGISTER OF THE BANKRUPTCY COURT. THE TRUSTEE WILL RELY ON THE ABOVE SCHEDULE TO DETERMINE WHAT CLAIMS ARE ALLOWED, AND THEREFORE ELIGIBLE TO RECEIVE FUNDS IN THIS CASE. IF YOU BELIEVE THE INFORMATION STATED ON THIS SCHEDULE REGARDING YOUR CLAIM IS INCORRECT, YOU MAY CONTACT THE TRUSTEE FOR CLARIFICATION.

Dated: 3/24/2017

RESPECTFULLY SUBMITTED,
/s/ William E. Heitkamp
William E. Heitkamp
Chapter 13 Trustee
Admissions ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200