| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-34006<br>Southern District of Texas<br>Houston<br>Thu Apr 16 11:49:32 CDT 2020 | DITECH FINANCIAL LLC<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Ditech Financial LLC fka Green Tree Servicin<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 |
| NEW RESIDENTIAL MORTGAGE LLC<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Property Owners Association of Legends Ranch<br>Roberts Markel Weinberg Butler Hailey PC<br>c/o Clinton F. Brown<br>2800 Post Oak Blvd., Suite 5777<br>Houston, TX 77056-6157 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Santander Consumer USA, Inc. dba Chrysler Ca<br>1027 Ninth Street<br>New Orleans, LA 70115-2357 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alliance One<br>4850 Street Rd., Suite 300<br>Trevose, PA 19053-6643 |
| American Express<br>Correspondence<br>PO Box 981540<br>El Paso, TX 79998-1540 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| Barclays Bank Delaware<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Capital One<br>PO Box 30285<br>PO Box 62180<br>Salt Lake City, UT 84130 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Citibank/Best Buy<br>Centralized Bankruptcy/CitiCorp Credit S<br>PO Box 790040<br>St Louis, MO 63179-0040 | Compass Bank/BBVA Compass Bk<br>Attn:Bankruptcy<br>PO Box 10566<br>Birmingham, AL 35296-0001 |
| Credit First/CFNA<br>BK13 Credit Operations<br>PO Box 818011<br>Cleveland, OH 44181-8011 | Credit One Bank Na<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 0049<br>Palatine, Illinois 60055-0049 | (c)DITECH FINANCIAL LLC<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 | EGS Financial Care, Inc.<br>4740 Baxter Rd.<br>Virginia Beach, VA 23462-4484 |
| First Premier Bank<br>601 S Minneapolis Ave<br>Sioux Falls, SD 57104 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | IC Systems, Inc<br>444 Highway 96 East<br>PO Box 64378<br>St Paul, MN 55164-0378 |

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadeplhia, PA 19101-7346 | Kohls/Capital One<br>PO Box 3120<br>Milwaukee, WI 53201-3120 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corp<br>71 Stevenson St<br>Suite 300<br>San Francisco, CA 94105-2985 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | McCarthyBurgess&Wolff<br>26000 Cannon Rd.<br>Cleveland, Ohio 44146-1807 | Merchants & Medical Credit Corp<br>6324 Taylor Drive<br>Flint, MI 48507-4685 |
| Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank/Geico Card<br>PO Box 23356<br>Pittsburg, PA 15222-6356 | Midland Funding<br>2365 Northside Dr<br>Suite 300<br>San Diego, CA 92108-2709 |
| Millennium Financial G<br>3000 United Founders Blv<br>Oklahoma City, OK 73112-3904 | Navient<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes-Barr, PA 18773-9500 | Navient Solutions, Inc. on behalf of<br>United Student Aid Funds, Inc.<br>Attn: Bankruptcy Litigation Unit E3149<br>PO Box 9430<br>Wilkes Barre, PA 18773-9430 |
| New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Northland Group, Inc<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | Pinnacle Credit Services<br>PO Box 640<br>Hopkins, MN 55343-0640 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Property Owner's Association Legends Ra<br>PO Box 803555<br>Dallas, Texas 75380-3555 | Property Owners Association Legends Ranc<br>C/O RealManage<br>2633 McKinney Ave. #130-502<br>Dallas, Texas 75204-2581 |
| Quicken Loans Inc<br>635 Woodward Ave.<br>Detroit MI 48226-3408 | Quicken Loans Inc.<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Quicken Loans Inc.<br>c/o Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Quickn Loans<br>1050 Woodward Ave<br>Detroit, MI 48226-1906 | RMWBH<br>c/o Clinton F. Brown<br>2800 Post Oak Blvd., Suite 5777<br>Houston, Texas 77056-6157 | Santander Consumer USA/Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 |
| Sunrise Credit Services<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | Syncb/Rooms To Go<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank<br>PO Box 965064<br>Orlando, FL 32896-5064 |

Synchrony Bank/ HH Gregg
PO Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Amazon
PO Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Gap
PO Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Lowes
PO Box 965064
Orlando, FL 32896-5064

Synchrony Bank/PayPal Cr
PO Box 965064
Orlando, FL 32896-5064

Texas Children's Pediatrics
PO box 841969
Dallas, Texas 75284-1969

Texas Children's Urgent Care
PO Box 847116
Dallas, Texas 75284-7116

Transworld Systems, Inc
507 Prudential Rd.
Horsham, PA 19044-2308

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Collection Bureau, Inc
5620 Southwyck Blvd. Suite 206
Toledo, OH 43614-1501

United Student Aid Funds, Inc (USAF)
PO Box 8961
Madison WI 53708-8961

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265

Visa Dept Store National Bank
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040-8053

Wells Fargo Bank Card
MAC F82535-02F
PO Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

White Knight Pest Control
1900 FM 967 Suite A
Buda, TX 78610-3324

Woodlands Bankruptcy, PC
46 Trillibng Bird Place
The Woodlands, Texas 77384-5033

Christopher Lance Roberts
30306 Emerson Creek Dr.
Spring, TX 77386-3220

Jordan Gabrielle Greene
30306 Emerson Creek Dr.
Spring, TX 77386-3220

William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024-1294

Yvette V Recio
Attorney at Law
26310 Oak Ridge Dr.
Suite #4
The Woodlands, TX 77380-3777

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE 19850

Ford Motor Credit
PO Box 62180
Colorado Springs, CO 80962

(d)Ford Motor Credit Company LLC
Dept. 55953, P.O. Box 55000
Detroit, MI 48255

Portfolio Recovery
PO box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
120 Corporate Blvd.
Norfolk VA 23502

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ditech Financial LLC<br>14841 Dallas Parkway, Suite 300<br>DALLAS, TX 75254-7883 | (u)Ford Motor Credit Company LLC | (u)Quicken Loans Inc. |
| (u)PROPERTY OWNERS ASSOCIATION OF LEGENDS RAN | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | End of Label Matrix<br>Mailable recipients    80<br>Bypassed recipients     5<br>Total                  85 |