

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/19/2020

| In re: | § | Case No. 16-34006 |
|---|---|---|
| Christopher Lance Roberts | § | Chapter 13 |
| Jordan Gabrielle Greene | § | Judge Jeffrey P. Norman |

### CORRECTED ORDER ON DEBTORS' MOTION TO SELL NON EXEMPT REAL ESTATE
(Related to Doc. # 85   )

On this day came on for consideration Debtors' Motion to Sell Non Exempt Real Estate. The Court considered the Motion, all Responses and Objections, if any, the testimony of witnesses, if any and all documents contained in the file. The Court is of the opinion that the Motion should be **GRANTED.**

IT IS SO ORDERED that:

1. The Debtors are authorized to sell the property located at:

    Property Address:  5734 Meadow Creek Lane, Houston, Texas 77017
    Legal Description: Lot 9, Block 13, Meadow Creek Village, Sec 2.

2. Debtors are authorized to sell the property to Buyers, Ernesto Diaz and Lissette Diaz for the sale price of $108,000.00.

3. Shellpoint Mortgage Servicing's lien shall attach to the sale proceeds of the real property and the sale proceeds shall be distributed to pay the outstanding balance on the loan owed to Shellpoint as of the date of closing, prior to any other distributions made to the Chapter 13 Trustee.

4. Shellpoint Mortgage Servicing will be required to release its lien against the real property only after all amounts owed to it have been paid in full.

5. All other liens must be paid at closing, in accordance with state law.

6. The property may not be sold unless all liens are paid at closing.

7. Closing agent is to forward 100% of the net proceeds, at closing, directly to William E. Heitkamp, Chapter 13 Trustee, PO Box 740, Memphis, TN 38101-0740 and include the bankruptcy case number 16-34006 on the check. Upon receipt of the sale proceeds, Trustee shall distribute the funds to all allowed general unsecured creditors in addition to any amounts required by the confirmed plan.

8. Closing agent is to provide William E. Heitkamp with a copy of the final Settlement Statement delivered to Attorney Kenneth Thomas via e-mail to ken_t@ch13hou.com.

Signed: June 19, 2020

Jeffrey P. Norman
United States Bankruptcy Judge