**Fill in this information to identify the case:**

Debtor 1: Christopher Lance Roberts

Debtor 2: Jordan Gabrielle Greene
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Texas

Case number: 16-34006

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 9 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/1/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 1319.02

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 682.29     New escrow payment: $ 694.60

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1 __Christopher Lance Roberts__   Case number (if known) __16-34006__
   First Name  Middle Name  Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Alonzo Z. Casas__   Date __08/25/2020__
   Signature

Print: __Alonzo Z. Casas__   Title __Authorized Agent for Creditor__
   First Name   Middle Name   Last Name

Company __Aldridge Pite, LLP__

Address __4375 Jutland Dr. Suite 200; P.O. Box 17933__
   Number   Street

__San Diego__   __CA__   __92177__
City   State   ZIP Code

Contact phone __(858) 750-7600__   Email __ACasas@aldridgepite.com__



1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

CHRISTOPHER L ROBERTS
JORDAN GABRIELLE GREENE
30306 EMERSON CREEK DR
SPRING TX  77386-3220

Loan In███████

Property Address: 30306 Emerson Creek Dr
Spring, TX 77386
Statement Date: 08/20/2020
New Payment Effective Date: 10/01/2020

## 1. Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® by Quicken Loans and click on the Loan Information tab.

### Annual Escrow Account Breakdown

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| County Taxes | $4,463.58 | $4,463.58 | 12/2020 |
| Mortgage Insurance | $633.12 | $619.32 | 10/2020 |
| Homeowners Insurance | $2,945.27 | $3,094.44 | 06/2021 |
| Totals: | $8,041.97 | $8,177.34 | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

## 2. Your Escrow Account Has a Shortage

Due to an increase in your taxes and/or insurance, your escrow account is short $789.20.

### Projected Escrow Account Balance

| | |
|---|---|
| Projected Minimum Balance: | $470.48 |
| Required Minimum Balance: | $1,259.68 |
| **Shortage:** | **$789.20** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

## 3. Your Payment Is Changing

Your escrow payment is increasing.

### Breaking Down the Numbers

| | Current | New |
|---|---|---|
| Principal & Interest: | $624.42 | $624.42 |
| Escrow Payment: | $682.29 | $681.45 |
| Shortage: | | $13.15 |
| Monthly Payment: | $1,306.71 | $1,319.02 |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



Mortgage Payment Breakdown

### Quick and Easy Payment Options



Online at RocketMortgage.com

On the go with the Rocket Mortgage® app

By phone at (800) 508-0944

QL026

Page 1



1050 Woodward Avenue | Detroit, MI 48226

Annual Escrow Account
Disclosure Statement

### 4. A Closer Look at Your Escrow Account History



Total Insurance Payments

Estimated   Actual

This chart highlights the differences between the estimated and actual payment amounts for the insurance and shows the reason for the current shortage.

The actual amounts paid out for insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your insurance payment amounts are highlighted in yellow.

#### Escrow Account Activity History for April 2020 through September 2020

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 04/2020 | Beginning Balance | | | | | $3,086.98 | $2,359.50 |
| 04/2020 | Deposit | $670.17 | $682.29 | $0.00 | $0.00 | $3,757.15 | $3,041.79 |
| 04/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $52.76 | $52.76 | $3,704.39 | $2,989.03 |
| 05/2020 | Deposit | $670.17 | $682.29 | $0.00 | $0.00 | $4,374.56 | $3,671.32 |
| 05/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $52.76 | $52.76 | $4,321.80 | $3,618.56 |
| 05/2020 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $3,094.44 | $4,321.80 | $524.12 |
| 06/2020 | Deposit | $670.17 | $682.29 | $0.00 | $0.00 | $4,991.97 | $1,206.41 |
| 06/2020 | Withdrawal - HOMEOWNERS INS | $0.00 | $0.00 | $2,945.27 | $0.00 | $2,046.70 | $1,206.41 |
| 06/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $52.76 | $52.76 | $1,993.94 | $1,153.65 |
| 07/2020 | Deposit | $670.17 | $682.29 | $0.00 | $0.00 | $2,664.11 | $1,835.94 |
| 07/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $52.76 | $52.76 | $2,611.35 | $1,783.18 |
| 08/2020 | Deposit | $670.17 | $682.29 | $0.00 | $0.00 | $3,281.52 | $2,465.47 |
| 08/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $52.76 | $51.61 | $3,228.76 | $2,413.86 |
| 09/2020 | Deposit | $670.17 | $682.29 | $0.00 | $0.00 | $3,898.93 | $3,096.15 ** |
| 09/2020 | Withdrawal - MORTGAGE INS | $0.00 | $0.00 | $52.76 | $51.61 | $3,846.17 | $3,044.54 ** |
| | Totals | $4,021.02 | $4,093.74 | $3,261.83 | $3,408.70 | | |

** This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.



Annual Escrow Account
Disclosure Statement

1050 Woodward Avenue | Detroit, MI 48226

### 5. A Closer Look at Projections for Your Escrow Account

**Escrow Account Projection**

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $619.32 |
| COUNTY TAXES: | $4,463.58 |
| HOMEOWNERS INS: | $3,094.44 |
| Total Annual Taxes and Insurance: | $8,177.34 |
| New Monthly Escrow Payment: | $681.45 |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $1,259.68. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

**Future Escrow Account Activity for October 2020 through September 2021**

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 10/2020 | Beginning Balance | | | $3,044.54 | $3,833.74 |
| 10/2020 | Deposit | $681.45 | $0.00 | $3,725.99 | $4,515.19 |
| 10/2020 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $3,674.38 | $4,463.58 |
| 11/2020 | Deposit | $681.45 | $0.00 | $4,355.83 | $5,145.03 |
| 11/2020 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $4,304.22 | $5,093.42 |
| 12/2020 | Deposit | $681.45 | $0.00 | $4,985.67 | $5,774.87 |
| 12/2020 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $4,934.06 | $5,723.26 |
| 12/2020 | Withdrawal - COUNTY TAXES | $0.00 | $4,463.58 | $470.48 | $1,259.68 [L] |
| 01/2021 | Deposit | $681.45 | $0.00 | $1,151.93 | $1,941.13 |
| 01/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $1,100.32 | $1,889.52 |
| 02/2021 | Deposit | $681.45 | $0.00 | $1,781.77 | $2,570.97 |
| 02/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $1,730.16 | $2,519.36 |
| 03/2021 | Deposit | $681.45 | $0.00 | $2,411.61 | $3,200.81 |
| 03/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $2,360.00 | $3,149.20 |
| 04/2021 | Deposit | $681.45 | $0.00 | $3,041.45 | $3,830.65 |
| 04/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $2,989.84 | $3,779.04 |
| 05/2021 | Deposit | $681.45 | $0.00 | $3,671.29 | $4,460.49 |
| 05/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $3,619.68 | $4,408.88 |
| 06/2021 | Deposit | $681.45 | $0.00 | $4,301.13 | $5,090.33 |

Note: Your remaining Escrow account breakdown is on the next page.


1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

### Future Escrow Account Activity for October 2020 through September 2021 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Required |
|---|---|---|---|---|---|
| 06/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $4,249.52 | $5,038.72 |
| 06/2021 | Withdrawal - HOMEOWNERS INS | $0.00 | $3,094.44 | $1,155.08 | $1,944.28 |
| 07/2021 | Deposit | $681.45 | $0.00 | $1,836.53 | $2,625.73 |
| 07/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $1,784.92 | $2,574.12 |
| 08/2021 | Deposit | $681.45 | $0.00 | $2,466.37 | $3,255.57 |
| 08/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $2,414.76 | $3,203.96 |
| 09/2021 | Deposit | $681.45 | $0.00 | $3,096.21 | $3,885.41 |
| 09/2021 | Withdrawal - MORTGAGE INS | $0.00 | $51.61 | $3,044.60 | $3,833.80 |
|  | Totals | $8,177.40 | $8,177.34 |  |  |

[L]This amount denotes the projected low balance.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Quicken Loans, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Questions?** Contact Your Quicken Loans Team.

Phone: (800) 508-0944
Email: Help@QuickenLoans.com
Secure Fax: (877) 380-5084

Hours: Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET
Preguntas: (800) 982-2544

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing NOTICE OF MORTGAGE PAYMENT CHANGE to be served on the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid and/or by electronic notice August 26, 2020.

**DEBTOR(S)**
**(Via U.S. Mail)**

Christopher Lance Roberts
Jordan Gabrielle Greene
30306 Emerson Creek Dr.
Spring, TX 77386

**DEBTOR(S) ATTORNEY**
**(Via Electronic Notice)**

Yvette V Recio
Attorney at Law
26310 Oak Ridge Dr.
Suite #4
The Woodlands, TX 77380
yvettevrecio@gmail.com

**CHAPTER 13 TRUSTEE**
**(Via Electronic Notice)**

William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway  Ste 590
Houston, TX 77024
heitkamp@ch13hou.com

**U.S. TRUSTEE**
**(Via Electronic Notice)**

U.S. Trustee
Office of the US Trustee
515 Rusk Ave  Ste 3516
Houston, TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV


Dated: August 26, 2020                /s/ Alonzo Z. Casas
                                                   Alonzo Z. Casas